UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NIJYAL S. GRAY,

    Plaintiff,

v.

OBIAKOR, et al.,

    Defendants.

Case No. 25-cv-10644

Honorable Robert J. White

## ORDER OF DISMISSAL

The Court entered an order on March 19, 2025, directing plaintiff to pay the filing fee or file an application to proceed *in forma pauperis* by April 18, 2025. (ECF No. 5.) The order notified plaintiff that "this case may be dismissed" for noncompliance. (*Id.*). The deadline has now passed. Plaintiff failed to correct the deficiency. Accordingly,

IT IS ORDERED that the complaint (ECF No. 1) is dismissed without prejudice. *See* E.D. Mich. LR 41.2.

Dated: May 9, 2025

s/Robert J. White
Robert J. White
United States District Judge